CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JOSEPH EHRLICH (SBN: 84359)
je@losch-ehrlich.com
MARK R. MEYER (SBN: 238231)
mm@losch-ehrlich.com
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 956-8400
Facsimile: (415) 956-2150
Attorneys for Defendants
Sandra Giannini, Kathy M. Kuhn and Kapa Tire & Auto Service Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>     Plaintiff,<br><br>  v.<br><br>SANDRA GIANNINI, in individual and representative capacity as trustee of The Stephen P. Katches Family Trust;<br>KATHY M. KUHN, in individual and representative capacity as trustee of The Stephen P. Katches Family Trust;<br>KAPA TIRE & AUTO SERVICE CORPORATION, a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 3:19-CV-01016-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 26, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: November 26, 2019    LOSCH & EHRLICH

By: /s/ Joseph Ehrlich
Joseph Ehrlich
Mark R. Meyer
Attorneys for Defendants
Sandra Giannini, Kathy M. Kuhn and
Kapa Tire & Auto Service Corporation

Dated: 11/26/19

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Joseph Ehrlich, counsel for Sandra Giannini, Kathy M. Kuhn and Kapa Tire & Auto Service Corporation, and that I have obtained Mr. Ehrlich's authorization to affix his electronic signature to this document.

Dated: November 26, 2019          CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Lockhart Seabock
                                            Amanda Lockhart Seabock
                                            Attorneys for Plaintiff